## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN STILES,<br><br>      Plaintiff,<br><br>  vs.<br><br>BROWN UNIVERSITY,<br><br>      Defendant. | )<br>)<br>)<br>)  Case No.:<br>)<br>)<br>)<br>)<br>) |

### JOHN STILES' EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Plaintiff John Stiles moves for a temporary restraining order and preliminary injunction to restrain and enjoin Defendant Brown University from: (1) denying him his contractual rights under the *Student Conduct Procedures* and *Sexual Misconduct Procedure*; (2) suspending him before investigating and resolving a pending disciplinary matter; and (3) removing him from campus and denying him class attendance and participation, and the ability to continue extra-curricular activities until such time as he is found responsible for the alleged violation.  This motion is supported by *Fed. R. Civ. P.* 65, the Verified Complaint and accompanying memorandum.

Dated: December 20, 2021

The Plaintiff, John Stiles,
By his Attorney,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
rratcliffe@rhgllp.com

### CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on December 20, 2021, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe