UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN STILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:21-cv-00497-MSM |
| ) | |
| BROWN UNIVERSITY ) | |
| ) | |
| Defendant. ) | |

## JOHN STILES' ASSENTED-TO MOTION TO EXTEND DISCOVERY

Plaintiff John Stiles moves to amend the parties' scheduling order (ECF 31) to allow additional time for discovery. The current fact discovery deadline is Nov. 28, 2022. However, counsel for Mr. Stiles requires additional time to investigate and comprehend the ramifications of Brown University's ruling on Mr. Stiles' future academic and professional pursuits in order to determine whether to file an amended complaint. Therefore, Mr. Stiles proposes that all deadlines be extended by three months. This motion is supported by *Fed. R. Civ. P.* 6(b)(1)(a) and the assent of Defendant Brown University.

Dated: November 23, 2022

The Plaintiff, John Stiles,
By his Attorney,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI 02903
Tel: (401) 331-3400
rratcliffe@rhgllp.com

## CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on November 23, 2022, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe