# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN STILES, a pseudonym, | ) |
| vs. | ) Case No.: 21-cv-497-MSM-LDA |
| BROWN UNIVERSITY | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Stiles and Defendant Brown University stipulate to a dismissal of this action, without prejudice. Each of the parties shall bear all their own costs and attorneys' fees.

| The Plaintiff, | The Defendant, |
|---|---|
| John Stiles | Brown University, |
| By his Attorney, | By its Attorney, |
| | |
| /s/ J. Richard Ratcliffe | /s/ Steven M. Richard |
| J. Richard Ratcliffe, Esq. #2603 | Steven M. Richard, Esq. #4403 |
| Ratcliffe Harten Galamaga LLP | Nixon Peabody LLP |
| 40 Westminster Street, Suite 700 | One Citizens Plaza, Suite 500 |
| Providence, RI 02903 | Providence, RI 02903 |
| Tel: (401) 331-3400 | Tel: (401) 454-1020 |
| Fax: (401) 331-3440 | Fax: (401) 454-1030 |
| rratcliffe@rhgllp.com | srichard@nixonpeabody.com |

Dated:  January 20, 2023

## CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on January 20, 2023, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe